


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2021

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601

September 20, 2021

*Via ECF*
Hon. Alison Julie Nathan, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, New York 10601

    Re:   *Nagi v. Northstar Location Services, LLC*
             Docket No: 1:21-cv-05090-AJN

Dear Judge Nathan:

    We are the attorneys for Plaintiff in this matter and submit this letter in response to the Court's Order dated July 1, 20201 (*Dkt. No.* 8), directing the parties to submit a proposed case management plan and joint letter one week prior to the Initial Conference which is set for October 1, 2021.

    We are pleased to inform the Court that the Parties have engaged in meaningful settlement discussions and therefore request that any interim dates be adjourned. Please be further advised, on or about September 13, 2021 (*Dkt. No.* 14), Defendant submitted a further Extension of Time to File Answer by Stipulation to which the parties consented and the Court thereafter granted. (*Dkt. No.* 15). At present, the Defendant's answer is due on or before October 13, 2021.

    To this end, the parties kindly request the Court adjourn the above-referenced dates. Thank you.

SO ORDERED.
/s/ Alison J. Nathan
ALISON J. NATHAN, U.S.D.J.
9/24/2021

                                    Respectfully submitted,

                                    By:   /s/ Kara S. McCabe
                                             Kara S. McCabe, Esq.